# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA  :

v.    :    CRIMINAL NO. 26-159

LUIZ PAULO ANTONIO DA SILVA  :

## ORDER

AND NOW, this        day of            , 2026, upon consideration of the

government's Motion to Dismiss the information in the above captioned case, it is hereby:

ORDERED

that the Motion is GRANTED and the above information is DISMISSED without prejudice.

BY THE COURT:

_____

HONORABLE CAROLINE GOLDNER CINQUANTO
*Judge, United States District Court*